IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.* <br><br> Plaintiff, <br><br> v. <br><br> LOCKWOOD FURNACE CO., <br><br> Defendant. | Case No. 1:20-cv-01393 (MSN-JFA) |

## CONSENT ORDER AND JUDGMENT

Upon agreement of the parties, Plaintiffs the Board of Trustees of the Sheet Metal Workers' National Pension Fund, et al. (the "Funds") and Defendant Lockwood Furnace Co., judgment shall be entered in favor of Plaintiffs and against Defendant, as set forth herein:

1. Judgment in the total sum of $229,000 is entered pursuant to 29 U.S.C. Sections 1132(a)(3), (d)(1), (g)(2), and 1145, the collective bargaining agreement, and the Trust Documents governing Plaintiffs, in favor of Plaintiffs against Defendant.

2. Plaintiffs and Defendant have executed a Settlement Agreement ("Settlement") on November 4, 2025, setting forth the terms and conditions of a settlement payment plan between the parties. Plaintiffs shall not attempt to enforce this Judgment unless there is a default under the Settlement. Plaintiffs shall file a satisfaction of judgment with the Court within seven (7) days of the full satisfaction of the settlement payment plan contained in the Settlement.

3. If Defendant fails to comply with any of the terms of this Order, Plaintiffs may, in addition to pursing the remedies provided under Fed. R. Civ. P. 69, reopen this case upon motion to this Court and notice to the Defendant, and may, at any time, ask for further appropriate monetary and/or injunctive relief.

4. The Clerk of Court may immediately certify this Consent Order and Judgment for transfer to other jurisdictions upon the request of Plaintiffs and payment of any required fee and should enter judgment in favor of Plaintiffs and close this civil action.

For Plaintiffs:

*[signature]*

Diana M. Bardes (Va. Bar #81831)
Mooney, Green, Saindon,
Murphy & Welch, P.C.
1620 Eye Street, N.W., Suite 700
Washington, D.C. 20006
dbardes@mooneygreen.com
(202) 783-0010
(202) 783-6088 (fax)
*Counsel for Plaintiffs*

For Defendant:

*[signature]*

Teresa L. Jakubowski (Va. Bar #88320)
Barnes & Thornburg LLP
555 12th Street NW, Suite 1200
Washington, DC 20004
202-371-6366
202-289-1330
teresa.jakubowski@btlaw.com
*Counsel for Defendant*

BY THE COURT

_____
United States District Judge
Alexandria, Virginia

_____
Date